123 A.3d 1060

Humberto ALICEA, Petitioner

v.

Judge Paul YATRON, Berks County CCP, Respondent.

No. 125 MM 2015.

Supreme Court of Pennsylvania.

Oct. 13, 2015.

## ORDER

PER CURIAM

**AND NOW,** this 13th day of October, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition

for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the jurist's name from the caption.